UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60005-CR-ALTMAN/HUNT

18 U.S.C. §§ 554(a) and 2
18 U.S.C. § 922(g)(5)
19 U.S.C. § 1595A(d)
18 U.S.C. § 924(d)(1)

FILED BY _____AT_____ D.C.

Jan 14, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES OF AMERICA

v.

GREGORI JERSON MENDEZ PALACIOS and
LUIS ALBERTO PATINO LINARES

Defendants.
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about August 15, 2020, in Broward County, in the Southern District of Florida, the defendants,

**GREGORI JERSON MENDEZ PALACIOS and
LUIS ALBERTO PATINO LINARES,**

did knowingly and willfully attempt to export and send from the United States to Venezuela, merchandise, articles and objects, that is, firearms and ammunition, contrary to the laws and regulations of the United States, that is, said firearms and ammunition having been acquired and possessed in violation of Title 18, United States Code, Section 922(g)(5) as set forth in Count 2 of this Information, all in violation of Title 18, United States Code, Sections 554(a) and 2.

1

## COUNT 2

On or about August 15, 2020, in Broward County, in the Southern District of Florida, the defendants,

**GREGORI JERSON MENDEZ PALACIOS and
LUIS ALBERTO PATINO LINARES,**

knowingly being aliens who were admitted to the United States under nonimmigrant visas, did knowingly possess firearms and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5)(B).

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **GREGORI JERSON MENDEZ PALACIOS and LUIS ALBERTO PATINO LINARES,** have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 554, as alleged in this Information, the defendants shall forfeit to the United States merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise, prior to exportation, pursuant to Title 19, United States Code, Section 1595A(d).

3. Upon conviction of a violation of Title 18, United States Code, Section 922(g), or any other criminal law of the United States, as alleged in this Information, the defendants shall

forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

    4.    The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

    a.    Smith & Wesson 9mm caliber pistol, model M&P 9 Shield, serial number JCV6592;

    b.    H&K 9mm caliber pistol, model P30SK, serial number 214-012198;

    c.    FN 5.7x28 caliber pistol, model Five-Seven, serial number 386374976;

    d.    Glock 9mm caliber pistol, model 19gen5, serial number BKRC371, containing a barrel with the serial number BLAB008;

    e.    Glock 9mm caliber pistol, model 19x, serial number ADMS750, containing a slide and barrel with the serial number BGRP796;

    f.    Glock 9mm caliber pistol, model 26gen5, serial number ADKA381;

    g.    Glock .40 caliber pistol, model 22, serial number KVZ598;

    h.    Glock 9mm caliber pistol, model 19gen5, serial number BEYU856;

    i.    Glock 9mm caliber pistol, model 34, serial number BFGS691;

    j.    Glock 9mm caliber pistol, model 17gen5, serial number BNBS014;

    k.    Glock .40 caliber pistol, model 27gen4, serial number WAD730;

    l.    Glock 9mm caliber pistol, model 45, serial number BNLC696;

    m.    Glock 9mm caliber pistol, model 19gen5, serial number BNKB355;

    n.    Glock 9mm caliber pistol, model 45, serial number BKRL337;

    o.    Glock 9mm caliber pistol, model 17gen5, serial number BMSN521;

    p.    Glock 9mm caliber pistol, model 19gen4, serial number YDC454;

q. Glock 9mm caliber pistol, model 19gen5, serial number BPNA051;

r. Glock .22LR caliber pistol, model 44, serial number AEBW637;

s. Glock .40 caliber pistol, model 22gen4, serial number PWZ863;

t. Glock 9mm caliber pistol, model 19x, serial number BKKM424;

u. CZ 9mm caliber pistol, model P-10 C, serial number C756612;

v. Desert Eagle .50AE caliber pistol, model Desert Eagle, serial number DK0050625;

w. Glock 9mm caliber pistol, model 19Gen5, serial number BEYX032;

x. Glock 9mm caliber pistol, model 43x, serial number BLUC394;

y. Beretta 9mm Para caliber pistol, model 928 Centurion Tactical, serial number WC1570CT;

z. Smith & Wesson .38 Spc+P caliber pistol, model M&P Bodyguard, serial number CVH6940;

aa. Sig Sauer 9mm caliber pistol, model P229, serial number AD16384;

bb. Springfield 9mm caliber pistol, model XDS-9, serial number AT120047;

cc. Colt .45 ACP caliber 1911 variant pistol, model M45A1, serial number 18835EGA;

dd. Sig Sauer 9mm caliber pistol, model P226, serial number UU652179;

ee. Sig Sauer 9mm caliber pistol, model P226, serial number 47E039576;

ff. Walther .45 Auto caliber pistol, model PPQ45, serial number FCO0663;

gg. Smith & Wesson 9mm caliber pistol, model M&P 9 Pro Series, serial number HKD5948;

hh. Glock 9mm caliber pistol, model 26gen5, containing a slide and barrel with the serial number ADLP966;

ii. Desert Eagle .357 Magnum caliber pistol, model Desert Eagle, serial

        number 4035;

jj.   FN .45 ACP caliber pistol, model FNX-45, serial number FX3U133426;

kk.   Glock .40 caliber pistol, model 22, serial number VMG953;

ll.   Desert Eagle .50AE caliber pistol, model Desert Eagle, serial number 30203788;

mm.   FN 9mm caliber pistol, model 509, serial number GK50046950;

nn.   Colt 9mm caliber 1911 variant pistol, model Government Model, serial number 9SCC02065;

oo.   Zev 9mm caliber pistol, model OZ9, serial number OZ0974;

pp.   Sig Sauer 10mm Auto caliber pistol, model P229 Elite, serial number 37C011712;

qq.   Hudson 9mm caliber pistol, model H9, serial number H04703;

rr.   Glock .40 caliber pistol, model 22gen4, serial number XVY187;

ss.   Para .45 ACP caliber 1911 variant pistol, model 1911 Black ops, serial number K003174;

tt.   Sig Sauer 9mm caliber pistol, model P320, serial number 58H078535;

uu.   Steyr 9mm caliber pistol, model L9-A2 MF, serial number 3181992;

vv.   Glock .40 caliber pistol, model 22, serial number XNY527;

ww.   Glock 9mm caliber pistol, model 26gen5, serial number ADMR108;

xx.   Kimber .380 caliber pistol, model Micro Special Kimber Edition, serial number P0102529;

yy.   Glock .40 caliber pistol, model 23gen4, serial number BHAR619;

zz.   Glock 9mm caliber pistol, model 48, serial number BLGU536;

aaa.   Glock .40 caliber pistol, model 23, serial number NYR041;

bbb. Glock 9mm caliber pistol, model 45, serial number BPGR138;

ccc. Glock 9mm caliber pistol, model 19, serial number TDE156, containing a barrel with the serial number BKKM424;

ddd. Glock 9mm caliber pistol, model 45, serial number BHZE023;

eee. Glock 9mm caliber pistol, model 19gen5, serial number BLAB008, containing a slide and barrel with the serial number BKRC371;

fff. Glock 9mm caliber pistol, model 45, serial number BNLC695;

ggg. LWRC 6.8mm SPC caliber short-barreled rifle, model M6A2 PSD, serial number 04-03360;

hhh. Spike's multi caliber Tactical AR variant pistol, model ST15, serial number NSL097948;

iii. Anderson Manufacturing multi caliber AR variant pistol, model AM-15, serial number 17161757;

jjj. Spike's multi caliber Tactical AR variant rifle, model Crusader, serial number CH00118;

kkk. Sig Sauer multi caliber pistol, model MPX, serial number 62E002940;

lll. Benelli 12 gauge caliber shotgun, model M4, serial number Y075113F;

mmm. BCM multi caliber AR variant rifle manufactured by, model BCM4, serial number A069953;

nnn. PSA multi caliber AR variant rifle, model Minutemen-15, serial number LEGACY1981;

ooo. Smith & Wesson 5.56 caliber AR variant rifle, model M&P15, serial number TJ21653;

ppp. Ted's Gun Smithing 2.23-5.56 caliber AR variant pistol, model ST-15, serial number A000582;

qqq. Daniel Defense multi caliber rifle, model DDM4, serial number DDM4186363;

rrr.   Benelli 12 gauge caliber shotgun, model M4, serial number Y106935S18;

sss.   Smith & Wesson 5.56 caliber AR variant rifle, model M&P15, serial number SR33234;

ttt.   Stoeger 12 gauge caliber shotgun, model P350, serial number 702792;

uuu.   Remington 12 gauge caliber shotgun, model Versa Max, serial number RT32892B;

vvv.   ADM multi caliber AR variant pistol, model UIC, serial number U15-0754;

www.   Spike's multi caliber Tactical AR variant rifle, model ST-15, serial number NSL048815;

xxx.   PSA multi caliber AR variant rifle, model PA-15, serial number LW193979;

yyy.   LaRue Tactical 5.56 caliber AR variant rifle, model LT-15r, serial number LTS4906;

zzz.   F-1 multi caliber rifle, model 80M-15, serial number 240- 01074;

aaaa.   Marlin .308 WIN caliber rifle, model X7, serial number MM543545;

bbbb.   Beretta 12 gauge caliber shotgun, model DT11-L Sporting, serial number DT10068W;

cccc.   Beretta 12 gauge caliber shotgun, model DT11-L Sporting, serial number DT09193W;

dddd.   Spike's multi caliber Tactical AR variant pistol, model ST-15, serial number LT025274;

eeee.   Barrett .50 BMG caliber rifle, model 82A1, serial number AA008256;

ffff.   AAC 7.62mm caliber suppressor, model 762-SDN-6, serial number N23914; and

gggg.   Sixty-eight thousand, seven-hundred thirty-six (68,736) rounds of ammunition of assorted makes and caliber.

All pursuant to Title 19, United States Code, Section 1595A(d), and Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

*[signature: Thomas G. Mulhill for]*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*[signature]*
LAWRENCE D. LaVECCHIO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

GREGORI JERSON MENDEZ PALACIOS and
LUIS ALBERTO PATINO LINARES,

_____Defendants._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami  ___ Key West
_✓_ FTL    ___ WPB    ___ FTP

New defendant(s)         Yes ___   No ___
Number of new defendants ___
Total number of counts   ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days         ✓          Petty      ___
   II   6 to 10 days        ___        Minor      ___
   III  11 to 20 days       ___        Misdem.    ___
   IV   21 to 60 days       ___        Felony     ✓
   V    61 days and over    ___

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   20-mj-6363-Snow
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of   August 15, 2020
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

LAWRENCE LAVECCHIO
Digitally signed by LAWRENCE LAVECCHIO
Date: 2021.01.12 17:42:14 -05'00'

ASSISTANT UNITED STATES ATTORNEY
LAWRENCE D. LaVECCHIO

*Penalty Sheet(s) attached                                               REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** GREGORI JERSON MENDEZ PALACIOS

**Case No:** _____

Count #: 1

Smuggling goods from the United States

Title 18, United States Code, Sections 554(a) and 2

* **Max.Penalty:** 10 years' imprisonment; $250,000 fine; 3 years' supervised release

Count #: 2

Alien in Possession of Firearms

Title 18, United States Code, Section 922(g)(5)

*__Max. Penalty:__ 10 years' imprisonment; $250,000 fine; 3 years' supervised release

Count #:

_____

_____

*__Max. Penalty:__ _____

Count #:

_____

_____

*__Max. Penalty:__ _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** _____

**Case No:** LUIS ALBERTO PATINO LINARES _____

Count #: 1

Smuggling goods from the United States

Title 18, United States Code, Sections 554(a) and 2

* **Max. Penalty:** 10 years' imprisonment; $250,000 fine; 3 years' supervised release

Count #: 2

Alien in Possession of Firearms

Title 18, United States Code, Section 922(g)(5)

***Max. Penalty:** 10 years' imprisonment; $250,000 fine; 3 years' supervised release

Count #:

_____

_____

***Max. Penalty:** _____

Count #:

_____

_____

***Max. Penalty:** _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| GREGORI JERSON MENDEZ PALACIOS | ) | 21-60005-CR-ALTMAN/PMH |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jay White
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| LUIS ALBERTO PATINO LINARES | ) ) ) | 21-60005-CR-ALTMAN/PMH |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jose Teurbe-Tolon
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*