# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 310                                  Date: 1/22/2021   Time: 11:00 a.m.

Defendant: Gregori Palacios (J)   J#: 26462-104   Case #: 21-Cr-60005-RKA
AUSA: Lawrence LaVecchio   Attorney: Jay Allen White, Esq.
Violation: Smuggling Goods from US; Alien in Possession of Firearms
Proceeding: Arraignment - Information   CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:
Bond Set at: $250K CSB with Nebbia   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
Defendant present via video conference and verbally consents to proceed via VTC. Defendant and Defense counsel verbally waives right to proceed by Indictment. Defense counsel to file written waiver at a later date.
Reading of ~~Indictment~~ Information Waived
Not Guilty plea entered
Jury trial demanded
~~Standing Discovery Order requested~~
* Brady Order Entered.

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 11:08:35   Time in Court: 10 mins.

CHECK IF APPLICABLE: _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

2